**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON TIMMONS,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **No. 1:20-cv-02393** |
| **v.** | **:** | |
| | **:** | **(Judge Kane)** |
| **F. WALTERS, et al.,** | **:** | |
| **Defendants** | **:** | |

## ORDER

**AND NOW**, on this 20th day of September 2024, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1.  The Clerk of Court is directed to enter judgment in favor of Defendants
    Tomcavage and Styka for the reasons stated in the accompany Memorandum;

2.  In accordance with the Court's summary judgment ruling (Doc. Nos. 138–39), the
    Clerk of Court is additionally directed to enter judgment in favor of Defendants
    Walters, Hines, Walton, Brittain, and Kephart for the reasons stated in the Court's
    December 18, 2023 Memorandum; and

3.  After entering judgment, the Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania